

*103596*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

ELAINA TURNER and ULYSSES GREEN,,

    Plaintiff(s),

vs.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICERS HON. SHARON J. COLEMAN Patrick KELLY, Star No. 19397, Jeffrey WEBER, Star No. 13854 James KUBIK, Star No. 1397,

    Defendant(s).

Case No.: 15 CV 6741



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Edward Janiszewski, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I have been appointed by the court to serve process in the above mentioned cause and/or am a special appointed process server, a licensed private investigator, and/or an employee/agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **City of Chicago**

I, Served the within named defendant on August 06, 2015 @ 11:44 AM

CORPORATE SERVICE: by leaving a copy of this process with **NANCY NIEMINSKI**. (Title): **Receptionist**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons In A Civil Case; Amended Complaint At Law**

ADDRESS WHERE SERVED: **121 N. LaSalle Street, Rm 107, Chicago, IL60602**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: **Female** - Skin: **Caucasian** - Hair: **Auburn** - Approx. Age: **60-65** - Height: **Sitting** - Weight: **161-200 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of _IL_

County of _COOK_

This instrument was subscribed and sworn to before me on _8/6/15_ (date)
By _EDWARD JANISZEWSKI_ (name/s of person/s)

Signature of Notary Public

Edward Janiszewski, Process Server
Dated _8-6-15_

OFFICIAL SEAL
ROBERT G. RUSCH
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/01/2018

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL60606
312.752.1992



*103597*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

ELAINA TURNER and ULYSSES GREEN,,

    Plaintiff(s),

vs.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICERS HON. SHARON J. COLEMAN Patrick KELLY, Star No. 19397, Jeffrey WEBER, Star No. 13854 James KUBIK, Star No. 1397,

    Defendant(s).

Case No.: 15 CV 6741



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Paul Marik, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I have been appointed by the court to serve process in the above mentioned cause and/or am a special appointed process server, a licensed private investigator, and/or an employee/agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **Chicago Police Officer Patrick Kelly, Star No. 19397**

I, Served the within named defendant on August 06, 2015 @ 12:45 PM

CORPORATE SERVICE: by leaving a copy of this process with . (Title): **DROPBOX**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons In A Civil Case; Amended Complaint At Law**

ADDRESS WHERE SERVED: **Police Headquarters, 3510 South Michigan, 5th Floor, Chicago, IL60654**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __IL__

County of __Cook__

This instrument was subscribed and sworn to before me on __8/11/15__ (date)
By __Paul Marik__ (name/s of person/s)

_Paul Marik_, Process Server
Dated __8/11/15__

_Signature of Notary Public_

SUSAN MARIK
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 26, 2018

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL60606
312.752.1992



*103599*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

ELAINA TURNER and ULYSSES GREEN,,

      Plaintiff(s),

vs.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICERS HON. SHARON J. COLEMAN Patrick KELLY, Star No. 19397, Jeffrey WEBER, Star No. 13854 James KUBIK, Star No. 1397,

      Defendant(s).

Case No.: 15 CV 6741



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Paul Marik, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I have been appointed by the court to serve process in the above mentioned cause and/or am a special appointed process server, a licensed private investigator, and/or an employee/agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **Chicago Police Officer Jeffrey Weber, Star No. 13854**

I, Served the within named defendant on August 06, 2015 @ 12:45 PM

CORPORATE SERVICE: by leaving a copy of this process with . (Title): **DROPBOX**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons In A Civil Case; Amended Complaint At Law**

ADDRESS WHERE SERVED: **Police Headquarters, 3510 South Michigan, 5th Floor, Chicago, IL60654**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __IL__

County of __Cook__

This instrument was subscribed and sworn to before me on __8/11/15__ (date)
By __Paul Marik__ (name/s of person/s)

_____
Paul Marik, Process Server
Dated __8/11/15__

_____
Signature of Notary Public

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL60606
312.752.1992

SUSAN MARIK
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 26, 2018



*103601*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

ELAINA TURNER and ULYSSES GREEN,,

   Plaintiff(s),

vs.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICERS HON. SHARON J. COLEMAN Patrick KELLY, Star No. 19397, Jeffrey WEBER, Star No. 13854 James KUBIK, Star No. 1397,

   Defendant(s).

Case No.: 15 CV 6741



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Paul Marik, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I have been appointed by the court to serve process in the above mentioned cause and/or am a special appointed process server, a licensed private investigator, and/or an employee/agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **Chicago Police Officer James Kubik, Star No. 1397**

I, Served the within named defendant on August 06, 2015 @ 12:45 PM

CORPORATE SERVICE: by leaving a copy of this process with . (Title): **DROPBOX**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons In A Civil Case; Amended Complaint At Law**

ADDRESS WHERE SERVED: **Police Headquarters, 3510 South Michigan, 5th Floor, Chicago, IL 60654**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of ___IL___

               Paul Marik, Process Server
               Dated 8/11/15

County of ___Cook___

This instrument was subscribed and sworn to before me on ___8/11/15___ (date)
By ___Paul Marik___ (name/s of person/s)

___Susan Marik___
Signature of Notary Public

SUSAN MARIK
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 26, 2018

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL 60606
312.752.1992