Order            (Rev. 9/13/04) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People

v.

Ulysses Green & Elaina Turner

No. 13-220426
     13-220227

ENTERED
CLERK OF CIRCUIT COURT
DOROTHY BROWN
JUN 1 1 2015
JUDGE
DEPUTY CLERK

### ORDER

This matter coming to be heard and the Court hearing arguments and being fully advised: IT IS HEREBY ORDERED

1) IPRA shall produce and provide all complaint files, CR files internal files, ~~that~~ from OPS or other internal CPD investigative agency regarding investigation of Officer Kelly & officer Weber by June 26, 2015.

2) A protective order is entered as to all HIPPA information and personal identifiers of witness, victims, & officer w/in produced files

3) Defendants are able access any information from other sources. not w/stand prior protective orders

4) This case is continued for Trial on July 2, 2015

Atty. No.: 29445
Name: Jeffrey Granich
Atty. for: Δs
Address: 53 W Jackson #1028
City/State/Zip: Chicago, IL 60604
Telephone: 312.939.9009

ENTERED:

_____ #2057
Judge                Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS